IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19CV252-GCM-DCK

| | |
|---|---|
| JEANETTE BOYD, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>ANDREW SAUL, )<br> Commissioner of Social Security, )<br>)<br>    Defendant. )<br>_____) | ORDER |

    This matter is before the Court upon the memorandum and recommendation of United States Magistrate David C. Keesler, filed November 9, 2020. The parties were advised that pursuant to 28 U.S.C. 636(b)(1)(C), written objections to the memorandum and recommendation must be filed within 14 days after service of the memorandum. Plaintiff timely filed an objection. Defendant responded to the objection and Plaintiff filed a Reply.

    After an independent and thorough review of the magistrate's memorandum, Plaintiff's objections thereto, and a _de novo_ review of the record, the Court concludes that the recommendation to deny the Plaintiff's Motion for Summary Judgment and grant the Defendant's Motion for Summary Judgment is correct and in accordance with law. Accordingly, the findings and conclusions of the magistrate are accepted, and Plaintiff's Motion for Summary Judgment is DENIED and the Defendant's Motion for Summary Judgment is GRANTED.

IT IS THEREFORE ORDERED that the memorandum and recommendation of the magistrate is hereby AFFIRMED.

Signed: February 1, 2021

Graham C. Mullen
United States District Judge